**FILED**
October 19, 2016
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> LAVONDA BAILEY, ) <br> ) <br> Defendant. ) | CASE NUMBER: 2:16-cr-00199-KJM <br><br> ORDER FOR RELEASE <br> OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Lavonda Bailey</u>; Case <u>2:16-cr-00199-KJM</u> from custody and for the following reasons:

- **X**   Release on Personal Recognizance

- __   Bail Posted in the Sum of _____

- __   Unsecured Appearance Bond in the amount of $

- __   Appearance Bond with 10% Deposit

- __   Appearance Bond secured by Real Property

- __   Corporate Surety Bail Bond

- **X**   (Other) <u>Pretrial Supervision/Conditions;</u>

Issued at  Sacramento, CA  on   10/19/2016   at 2:10 pm

By _____
Kendall J. Newman
United States Magistrate Judge