1  ROBERT M. WILSON sbn 122731
   Law Offices of Robert M. Wilson
2  770 L Street, Suite 950
   Sacramento, CA 95814
3  Attorney for Defendant
   LAVONDA BAILEY

FILED
NOV -8 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-0199 KJM-3 |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO MODIFY CONDITIONS OF RELEASE |
| vs. | |
| KIONI DOGAN, et al | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting United States Attorney, through Assistant United States Attorney Jared Dolan, attorney for the GOVERNMENT, and Robert M. Wilson, attorney for LAVONDA BAILEY, that the no contact order previously imposed as a conditions of release by the Magistrate Court be modified to permit DEFENDANT LAVONDA BAILEY to have contact with her mother, also a co-defendant, Gloria Harris.

//
//
//
//
//

This Stipulation has been presented to Pretrial Service Officer Tafia Gaskin, who has no objections.

Respectfully submitted,

DATED: October 25, 2016        /s/ Robert M. Wilson
                               ROBERT M. WILSON
                               Attorney for RONDA BOONE

DATED: October 25, 2016        PHILLIP A. TALBERT
                               Acting United States Attorney

                               /s/ Jared Dolan
                               JARED DOLAN
                               Assistant U.S. Attorney
                               Attorney for Plaintiff

## ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

The Court orders that the no-contact order previously imposed by the Magistrate Court as a condition of release be modified as follows:

You shall not associate or have any contact with co-defendants or witnesses, with the exception of your mother Gloria Harris, unless in the presence of counsel or otherwise approved in advance by the pretrial services officer.

Dated: November 8, 2016

HON DEBORAH BARNES
United States Magistrate Judge