McGREGOR W. SCOTT
United States Attorney
CHRISTOPHER S. HALES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-00199 GEB |
|---|---|
| Plaintiff, | **STIPULATION CONTINUING STATUS CONFERENCE AND PROPOSED FINDINGS REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER** |
| v. | |
| KIONI DOGAN, ET AL., | |
| Defendants. | DATE: MARCH 29, 2019<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between the defendants, Gloria Harris, and Lavonda Bailey, by and through their undersigned defense counsel, and the United States of America, by and through its counsel, Christopher Hales, Assistant United States Attorney, that the status conference currently set for March 29, 2019 should be continued until May 17, 2019, and to exclude time between March 29, 2019 and May 17, 2019, under Local Code T4. The parties agree and stipulate, and request that the Court find the following:

1. The government has provided discovery associated with this case, which is voluminous - i.e. approximately 14,000 pages, plus media materials, to defense counsel. Counsel for Harris was substituted in for original counsel and has not been counsel of record the entire time since the indictment and thus have had more limited time to prepare.

2. Given the volume of discovery, defense counsel for defendants require additional time to

review the discovery in this matter, to consult with their respective clients and to conduct any necessary investigation and research related to the charges, to evaluate possible settlement, and to otherwise prepare for trial.

3. Defendant Dogan recentedly resolved her case before Judge Mendez in conjunction with a related case, U.S. v. Dogan 2:16CR00198 JAM. In light of Ms. Dogan's plea, the parties need additional time to conduct further investigation and explore resolution of the remaining two defendants.

4. Counsel for defendants believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

5. The government is unopposed to the requested continuance.

6. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

7. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. 3161, et seq., within which trial must commence, the time period of appearance March 29, 2019 to May 17, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C. section 3161(h)(7)(A), B(iv)[Local Code T4] because it results from a continuance granted by the Court at counsel's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

8. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.                      Respectfully submitted,

Dated: March 13, 2019                     /s/ Robert M. Wilson
                                          ROBERT M. WILSON
                                          Attorney for Lavonda Bailey

Dated: March 26, 2019                     /s/ Christohper S. Hales
                                          For CHRISTOPHER HALES
                                          Assistant U.S. Attorney
                                          Attorneyfor the United States

Dated: March 26, 2019                     /s/ Steven B. Plesser
                                          STEVEN B. PLESSER
                                          Attorney for Gloria Harris

IT IS SO ORDERED.

Good cause appearing, the status conference presently set for March 29, 2019, at 9:00 A.M., is continued to May 17, 2019, at 9:00 A.M..  Time is excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), B(iv), and pursuant to Local Code T4, from March 29, 2019 to May 17, 2019 based on the stipulations set forth above by the parties and adopted by the Court.

Dated:  March 26, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge