Steven Plesser, State Bar No. 161615
ROTHSCHILD WISHEK & SANDS LLP
765 University Avenue
Sacramento, CA 95825
Telephone: (916) 444-9845
Facsimile: (916) 640-0027
Email: splesser@rwslaw.com

Attorneys for Defendant
GLORIA HARRIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KIONI DOGAN, et. al,<br><br>Defendant.<br>_____/ | Case No.: 2:16-CR-0199 GEB<br><br>**STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER**<br><br>Date: May 17, 2019<br>Time: 9:00 a.m.<br>Judge: Hon. Garland E. Burrell |

IT IS HEREBY STIPULATED by and between defendants Gloria Harris and Lavonda Bailey, by and through their undersigned defense counsel, and the United States of America, by and through its counsel, Christopher Hales, Assistant United States Attorney, that the status conference currently set for May 17, 2019 should be continued until August 16, 2019, and to exclude time between May 17, 2019 and August 16, 2019, under Local Code T4.

The parties agree and stipulate, and request that the Court find the following:

1. The government has provided discovery associated with this case, which is voluminous - i.e. approximately 14,000 pages, plus media materials, to

1

defense counsel. Counsel for Harris was substituted in for original counsel and has not been counsel of record the entire time since the filing of the indictment and thus have had more limited time to prepare.

2. Given the volume of discovery, defense counsel for defendants require additional time to review the discovery in this matter, to consult with their respective clients and to conduct any necessary investigation and research related to the charges, to evaluate possible settlement, to continue in settlement negotiations – which are ongoing, and to otherwise prepare for trial.

3. Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

4. The government is unopposed to the requested continuance.

5. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

6. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. 3161, et seq., within which trial must commence, the time period of May 17, 2019 to August 16, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C. section 3161(h)(7)(A), B(iv)[Local Code T4] because it results from a continuance granted by the Court at counsel's request on the basis of the

2

Court's finding that the ends of justice served by taking such action outweigh the interest of the public and the defendant in a speedy trial.

7. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.          Respectfully submitted,

Dated: May 9, 2019            /s/ Steven B. Plesser
                              STEVEN B. PLESSER
                              Attorney for Gloria Harris

Dated: May 9, 2019            /s/ Steven B. Plesser for:
                              For CHRISTOPHER HALES
                              Assistant U.S. Attorney
                              Attorney for the United States

Dated: May 9, 2019             /s/ Steven B. Plesser
                              For ROBERT WILSON
                              Attorney for Lavonda Bailey

# FINDINGS And ORDER

IT IS SO FOUND AND ORDERED.

Dated: May 10, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge