McGREGOR W. SCOTT
United States Attorney
CHRISTOPHER S. HALES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LAVONDA BAILEY,<br><br>Defendant. | CASE NO. 2:16-CR-00199 JAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: January 17, 2020<br>TIME: 9 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order of the previously assigned judge, this matter was set for status on January 17, 2020.

2. By this stipulation, defendant now moves to continue the status conference until March 3, 2020, and to exclude time between January 17, 2020, and March 3, 2020, at 9:15 a.m., under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has provided discovery associated with this case, which is voluminous - i.e. approximately 14,000 pages, plus media materials, to defense counsel.

   b) Given the volume of discovery, defense counsel for defendant require additional

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

time to review the discovery in this matter, to consult with his client and to conduct any necessary investigation and research related to the charges, to evaluate possible settlement, and to otherwise prepare for trial.

    c) Additionally, counsel for defendant has collected and provided additional evidence to the government which they are reviewing and considering which may aid in the resolution of this matter.

4. Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

5. The government does not object to the continuance.

6. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

7. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 17, 2020 to March 3, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///

STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT

2

8. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  January 16, 2020          McGREGOR W. SCOTT
                                  United States Attorney

                                  /s/ CHRISTOPHER S. HALES
                                  CHRISTOPHER S. HALES
                                  Assistant United States Attorney


Dated:  January 16, 2020          /s/ ROBERT M. WILSON
                                  ROBERT M. WILSON
                                  Counsel for Defendant
                                  LAVONDA BAILEY

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 17th day of January, 2020.

                                  /s/ John A. Mendez
                                  HONORABLE JOHN A. MENDEZ
                                  United States District Court Judge