McGREGOR W. SCOTT
United States Attorney
CHRISTOPHER S. HALES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> LAVONDA BAILEY, <br><br> Defendant. | CASE NO. 2:16-CR-00199-JAM <br><br> ORDER DISMISSING COUNT ONE OF THE INDICTMENT AS TO DEFENDANT LAVONDA BAILEY ONLY |

It is hereby ordered that plaintiff United States of America's motion pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure to dismiss Count One of the Indictment as to defendant Lavonda Bailey only is GRANTED.  The status conference as to Lavonda Bailey set for October 6, 2020, is hereby vacated.

IT IS SO ORDERED.

Dated: August 28, 2020

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER

1